# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HENRY PEREZ-PEREZ, <br>     Plaintiff(s), <br> v. <br> ALLSTATE INSURANCE COMPANY, <br>     Defendant(s). | Case No.: 2:19-cv-01888-KJD-NJK <br><br> **Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than January 10, 2020, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

Dated: January 3, 2020

Nancy J. Koppe
United States Magistrate Judge