JOHN T. KEATING
Nevada Bar No. 6373
KEATING LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorneys for Defendant
*Allstate Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HENRY PEREZ-PEREZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, a Foreign Corporation; DOES I through XV; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:19-cv-01888-KJD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff HENRY PEREZ-PEREZ and Defendant ALLSTATE INSURANCE COMPANY, by and through their respective counsel, that Plaintiff HENRY PEREZ-PEREZ' action against Defendant ALLSTATE INSURANCE COMPANY and all claims shall be, and are hereby, dismissed with prejudice, each party to bear their own costs and attorney's fees.

///

///

1

There has been no trial date set in this case.

DATED this 27 day of ~~January,~~ February 2020.    DATED this 27 day of January, 2020.

KEATING LAW GROUP                D.R. PATTI & ASSOCIATES

_____       _____
JOHN T. KEATING                  MARC C. NARON, ESQ.
Nevada Bar No.: 6373             Nevada Bar No.: 11665
9130 W. Russell Road, Ste. 200   720 South Seventh Street, 3rd Floor
Las Vegas NV 89148               Las Vegas NV 89101
Attorney for Defendant           Attorney for Plaintiff
*Allstate Insurance Company*     *Henry Perez-Perez*

ORDER

IT IS SO ORDERED that Plaintiff HENRY PEREZ-PEREZ' action against Defendant ALLSTATE INSURANCE COMPANY and all claims shall be, and are hereby, dismissed with prejudice, each party to bear their own costs and attorney's fees.

DATED this 9th day of March, 2020.

_____
U.S. DISTRICT COURT JUDGE

Respectfully Submitted by:

KEATING LAW GROUP

_____
JOHN T. KEATING
Nevada Bar No.: 6373
9130 W. Russell Road, Ste. 200
Las Vegas NV 89148
Attorney for Defendant
*Allstate Insurance Company*